UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,**<br>Plaintiff,<br><br>vs.<br>**JOHN DOE, subscriber assigned IP address 73.18.241.39,**<br>Defendant. | **2:24-CV-12606-TGB-DRG**<br><br>HON. TERRENCE G. BERG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON DEFENDANT**<br>**(ECF NO. 7)** |

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time Within Which to Effectuate Service on Defendant with a summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is **GRANTED**. Plaintiff shall have until **March 7, 2025** to effectuate service of a summons and Complaint on Defendant.

**IT IS SO ORDERED**.

Dated: January 2, 2025      /s/Terrence G. Berg
                                            HON. TERRENCE G. BERG
                                            UNITED STATES DISTRICT JUDGE